NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

CHECKPOINT SYSTEMS, INC.,
*Plaintiff-Appellant,*

v.

ALL-TAG SECURITY S.A. AND
ALL-TAG SECURITY AMERICAS, INC.,
*Defendants-Appellees,*

AND

SENSORMATIC ELECTRONICS CORPORATION,
*Defendant-Appellee.*

2012-1085

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 01-CV-2223, Judge Petrese B. Tucker.

ON MOTION

ORDER

All-Tag Security S.A. and All-Tag Security Americas, Inc. move for an extension of time, until April 2, 2012, for

the appellees to file their response brief, and for an extension of time, until April 19, 2012, for Checkpoint Systems, Inc. to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 0 2 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert J. Palmersheim, Esq.
M. Kelly Tillery, Esq.
Theodore A. Breiner, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 2 2012

JAN HORBALY
CLERK